IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DURON B. PEOPLES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARK GARMAN, ET AL. | : | NO. 20-6324 |

## ORDER

**AND NOW**, this 7th day of December, 2022, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 1), and the Commonwealth's responsive briefing, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski and consideration of Petitioner's Objections to the Report and Recommendation, including his "Motion for Leave to File Exhibits in Support of 'Objections'" (Docket No. 17), and the Commonwealth's responsive briefing, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Petitioner's Motion for Leave to File Exhibits in Support of Objections is **GRANTED** and Exhibits A1, A2, and B, which are attached to Petitioner's Objections, are deemed filed;

2. Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

3. The Report and Recommendation is **APPROVED** and **ADOPTED**;

4. The Petition for Writ of Habeas Corpus is **DENIED**;

5. There is no basis for the issuance of a certificate of appealability;

6. The Clerk shall **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.